882

No. 77–6774.  HULSEY v. ARKANSAS.  Sup. Ct. Ark.;
No. 77–6691.  ALDRIDGE v. FLORIDA.  Sup. Ct. Fla.;
No. 77–6385.  PEEK v. GEORGIA.  Sup. Ct. Ga.;
No. 77–6702.  CAMPBELL v. GEORGIA.  Sup. Ct. Ga.;
No. 77–6744.  STANLEY v. GEORGIA.  Sup. Ct. Ga.;
No. 78–5089.  ISAACS ET AL. v. HOPPER, WARDEN.  Sup. Ct. Ga.;
No. 78–6809.  PEERY v. NEBRASKA.  Sup. Ct. Neb.;
No. 77–6563.  DUNSDON v. UTAH.  Sup. Ct. Utah;
No. 77–6578.  MARVELL v. UTAH.  Sup. Ct. Utah;
No. 77–6579.  CODIANNA v. UTAH.  Sup. Ct. Utah;
No. 77–6583.  PIERRE v. UTAH.  Sup. Ct. Utah; and
No. 77–6743.  ANDREWS v. UTAH.  Sup. Ct. Utah. Certiorari denied. Reported below: No. 77–6774, 261 Ark. 449, 549 S. W. 2d 73; No. 77–6691, 351 So. 2d 942; No. 77–6385, 239 Ga. 422, 238 S. E. 2d 12; No. 77–6702, 240 Ga. 352, 240 S. E. 2d 828; No. 77–6744, 240 Ga. 341, 241 S. E. 2d 173; No. 78–5089, 241 Ga. 236, 244 S. E. 2d 849; No. 77–6809, 199 Neb. 656, 261 N. W. 2d 95; No. 77–6563, 573 P. 2d 343; No. 77–6578, 573 P. 2d 343; No. 77–6579, 573 P. 2d 343; No. 77–6583, 572 P. 2d 1338; No. 77–6743, 574 P. 2d 709.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 77–6715.  LARSON v. MILLER.  Sup. Ct. Ark. Certiorari and other relief denied.

No. 77–6869.  STUART v. EMORY UNIVERSITY, INC., ET AL. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.